# CHANEY v. MULLIS.

[No. 7,891.   Filed October 15, 1913.]

1. APPEAL.— *Briefs.— Failure to Point Out Error.— Affirmance.*
—The court will not search the record to reverse, and where the only error assigned was the ruling on the motion for new trial, and appellant's brief contains neither the motion, its substance, nor any reference to the record indicating where such motion may be found, the judgment will be affirmed.   p. 233.

From Monroe Circuit Court; *James B. Wilson,* Judge.

Action between James Chaney and Clint Mullis wherein James Chaney appeals from an adverse judgment. *Affirmed.*

*James M. Hudson* and *Theo. E. Slinkard,* for appellant.
*William L. Slinkard,* for appellee.

LAIRY, J.—The only error assigned is, that the court erred in overruling appellant's motion for a new trial. The brief of appellant does not set out a copy of this motion or state its substance, and there is no reference in the brief to the record indicating where such motion

may be found. It is the duty of appellant to point out error and the court will not search the record to reverse.

The judgment of the trial court is affirmed.

NOTE.—Reported in 102 N. E. 872. See, also, 2 Cyc. 1014; 3 Cyc. 419.